In the Matter of the Claim of JAMES J. CARPENTER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—

Decision affirmed, without costs. Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.